# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA SHIROKY, | Case No.: 2:18-cv-00630-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 16) |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 16. The Court **ORDERS** the parties to file a stipulation of dismissal no later than July 23, 2018.

IT IS SO ORDERED.

Dated: June 22, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge