McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY erroneously served and sued as GEICO GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA SHIROKY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Maryland corporation; and DOES I though X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00630-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

. . .

. . .

. . .

. . .

. . .

Each party will bear their own costs and attorneys' fees.

DATED this 4 day of June, 2018

BAKER LAW OFFICES

By _____
Lloyd W. Baker, Esq.
Nevada Bar No. 6893
Chris Cawlfield, Esq.
Nevada Bar No. 13668
500 S. Eighth Street
Las Vegas, Nevada 89101
(702) 360-4949
*Attorneys for Plaintiff*

DATED this 10 day of July, 2018

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Defendant GEICO CASUALTY
COMPANY erroneously served and sued as
GEICO GENERAL INSURANCE COMPANY

## ORDER

IT IS SO ORDERED.

DATED this 11 day of July, 2018

_____
Gloria M. Navarro, Chief Judge
United States District Court